# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KIMBERLY BALLOU,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| v. ) | |
| ) | **No. 16-2119-JWL** |
| **CAROLYN W. COLVIN,** ) | |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## ORDER

The Acting Commissioner of Social Security (hereinafter Commissioner) has filed an unopposed motion to remand for further proceedings in accordance with sentence four of 42 U.S.C. § 405(g), and to enter final judgment in this case. (Doc. 16). The Commissioner asserts that remand for further administrative proceedings is appropriate, that on remand the agency will reconsider Plaintiff's claim, and that Plaintiff does not oppose the request. Id. The court has considered the Commissioner's motion, and finds that it is within the court's jurisdiction, and is an appropriate remedy in this case.

**IT IS THEREFORE ORDERED** that the Commissioner's decision shall be REVERSED and that judgment shall be entered pursuant to the fourth sentence of 42 U.S.C. § 405(g) REMANDING this case for further proceedings.

Dated this 13th day of October 2016, at Kansas City, Kansas.


s:/ John W. Lungstrum
**John W. Lungstrum**
**United States District Judge**